**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

SMS DEMAG AG                                                    PLAINTIFF

VS.                              NO. 3:06CV0060GTE

XTEK, INC.                                                      DEFENDANT

**STIPULATED ORDER**

The February 16, 2007 Order addresses, among other matters, the sequence and timing of

steps leading to the preparation and filing of a Joint Claim Construction Statement by the parties.

In pertinent part, the Order provides:

| | |
|---|---|
| February 16, 2007 | simultaneous exchange by e-mail at noon of the parties' next iteration of claim construction |
| February 19, 2007 | simultaneous exchange by e-mail at noon of the parties' next iteration of claim construction |
| February 21, 2007 | filing of Joint Claim Construction Statement |

The Friday, February 16, 2007 simultaneous exchange was delayed for several reasons.

SMS required a 4-hour extension, which was agreed to by Xtek, because of weather-related

production problems.  SMS therefore did not provide SMS's next  iteration to Xtek until about

4:00 PM last Friday.  In addition, due to e-mail difficulties (apparently at the offices of SMS

counsel), Xtek's February 16, 2007 iteration was not received by SMS until re-transmitted by

Xtek on Sunday, February 18, 2007.  Also, February 19, 2007 was a Federal holiday.

In view of the foregoing, SMS and Xtek have agreed, subject to the consent of the Court,

to a schedule concerning the remaining steps to the filing of a Joint Claim Construction

Statement and respectfully request that the Court order that the schedule be as follows:

| | |
|---|---|
| February 22, 2007 | simultaneous exchange by e-mail at noon of the parties' next iteration of claim construction |

February 26, 2007        filing of the Joint Claim Construction Statement

The Court grants the request of the parties.

WILLIAMS & ANDERSON PLC
111 Center Street, 22nd Floor
Little Rock, AR 72201
Tel. (501) 372-0800
By: ___/s/ Jess Askew III___
Jess Askew III (Bar #86005)
Clayborne S. Stone (Bar #2003102)


/s/ Alfred H. Hemingway, Jr.
Alfred H. Hemingway, Jr.
Marilyn Neiman
Darren S. Mogil
COHEN PONTANI LIEBERMAN & PAVANE LLP
    551 Fifth Avenue
New York, NY  10176
Tel. (212) 687-2770

*Attorneys for Plaintiff SMS Demag AG*

and

WOMACK, LANDIS, PHELPS, McNEILL &
        McDANIEL
301 West Washington
P.O. Box 3077
Jonesboro, AR  72403
Tel. (870) 932-2553


/s/ David E. Schmit
David E. Schmit (Ohio Bar #0021147)
FROST BROWN TODD LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, Ohio 45202
Tel. (513) 651-6800

*Attorneys for Defendant Xtek, Inc.*

Dated February 22, 2007.

/s/Garnett Thomas Eisele_____
        United States District Judge