**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**SMS DEMAG AG**                                                     **PLAINTIFF**

**VS.**                                  **NO. 3:06CV0060 GTE**

**XTEK, INC.**                                                    **DEFENDANT**

### STIPULATED ORDER FOR SCHEDULE SETTING DATES

The Court amends its June 26, 2007 Order regarding document production as follows:

| Date | Action |
|---|---|
| 7/3/07 | Xtek will advise whether it wants SMS to ship the already copied documents or whether Xtek will have them picked up at the vendor. |
| 7/6/07 | SMS will have its vendor finalize the already copied documents |
| 7/6/07 | Xtek will send by wire transfer to Cohen Pontani Lieberman & Pavane LLP the original copying costs in the amount of $65812.18 for all of the already copied documents. SMS will provide Xtek with the necessary wire transfer information. |
| 7/9/07 | SMS will provide Xtek with a copy of the vendor's invoice for finalizing all of the already copied documents |
| 7/12/07 | Xtek will send by wire transfer to Cohen Pontani Lieberman & Pavane LLP the amount shown on SMS' vendor's invoice for finalizing all of the already copied documents. SMS will provide Xtek with the necessary wire transfer information. |
| 7/13/07 | If Xtek elects to have the already copied documents picked up, and provided that Xtek has complied with its 7/12/07 obligation, SMS' vendor will have available for pick up by Xtek's designee all already copied documents. |
| 7/16/07 | If Xtek elects to have SMS ship the already copied documents, and provided that Xtek has complied with its |

        7/12/07 obligations, SMS shall ship the documents by this date.

IT IS SO ORDERED, this 2nd day of July, 2007.

        /s/Garnett Thomas Eisele\_\_\_\_\_
        UNITED STATES DISTRICT JUDGE