UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SMS DEMAG AG                                                               PLAINTIFF

VS.                              NO. 3:06CV0060 GTE

XTEK, INC.                                                                 DEFENDANT

### STIPULATED ORDER AMENDING PROTECTIVE ORDER

Upon joint motion of the parties and for good cause shown, the Court amends its December 5, 2006 Protective Order to delete Paragraph 26 thereof, which states as follows:

> Paragraph 26. All CONFIDENTIAL Information and HIGHLY CONFI-DENTIAL Information of a Producing Party shall be maintained under the direct control or supervision of a receiving party's outside counsel.

The Protective Order, as modified by this Order deleting Paragraph 26 thereof, remains in effect.

IT IS SO ORDERED, this 10th day of July, 2007.

/s/Garnett Thomas Eisele
United States District Judge